UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
FYC APPAREL GROUP, LLC,                    Civil Action No.  07 CV 3876 (WAP)

              Plaintiff,

  -against-                                                        **RULE 7.1 STATEMENT**

VICTORIA'S SECRET DIRECT and
LP APPAREL, INC.,

              Defendants.
----------------------------------------------------------x

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure the undersigned attorney of record for FYC Apparel Group, LLC, certifies that the following are corporate parents and publicly held corporations that own 10% or more of its stock: None

Dated:  New York, New York
          May 15, 2007

                                  Respectfully submitted,

                                  SILVERBERG STONEHILL
                                  GOLDSMITH & HABER, P.C.
                                  Attorneys for Plaintiff


                        By:    s/Kenneth R. Schachter
                               Kenneth R. Schachter (KRS/8833)

                                111 West 40th Street
                                New York, New York 10016
                                (212) 730-1900