UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK                    Attorney: SILVERBERG, STONEHILL,
                                                                                        GOLDSMITH & HABER, P.C. - 226

FYC APPAREL GROUP, LLC                                                        Index # 07 CV 3876 (WHP)

                                                Plaintiff(s)

        - against -                                                           Date Filed:

VICTORIA'S SECRET DIRECT ET ANO

                                                Defendant(s)   **AFFIDAVIT OF SERVICE**

STATE OF _OHIO_           : COUNTY OF _FRANKLIN_        ss:

_BOB BATEMAN_ BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT _CANAL WINCH, OH_ ON _5-31-07_ AT _1:30_ AM/**PM**
AT _3425 MORSE CROSSING, Columbus OH 43219_
DEPONENT SERVED THE WITHIN SUMMONS & COMPLAINT & JUDGE PAULEY'S RULES, JUDGE GORENSTEIN'S RULES
ON: VICTORIA'S SECRET DIRECT , THE DEFENDANT/RESPONDENT THEREIN NAMED.

**#1 INDIVIDUAL** — By delivering a true copy of each to said defendant/respondent personally; deponent knew the person so served to be the person described as the defendant/respondent therein. [ ]

**#2 CORPORATION** [X] — A _DOMESTIC_ corporation, delivering thereat a true copy of each to _CHRISTY NEEL_ personally, deponent knew said corporation so serviced to be the corporation, described in same as said defendant/respondent and knew said individual to be _Legal Dept, Legal Asst. - ATA_ thereof. _authorized to accept_

**#3 SUITABLE AGE PERSON** — By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is the defendant's/respondent's [ ] actual place of business [ ] dwelling house / usual place of abode within the state.

**#4 AFFIXING TO DOOR** — By affixing a true copy of each to the door of said premises, which is the defendant's/respondent's [ ] actual place of business [ ] dwelling house /usual place of abode within the state.

**#5 MAILING COPY** — On _____, deponent completed service under the last two sections by depositing a copy of the SUMMONS & COMPLAINT & JUDGE PAULEY'S RULES, JUDGE GORENSTEIN'S RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____.

Deponent was unable, with due diligence to find the defendant/respondent or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SERVICE** — After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the defendant/respondent being served because of the following: [ ] party unknown at address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] No one ever in or available to accept service

**#7 DESCRIPTION** [X] — A description of the defendant/respondent , or other person served, or spoken to on behalf of the defendant/respondent is as follows:

Description is required if #1,#2 or #3 above is Selected

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| F | W | Brn | 33 | 5'4 | 135 |

Other: _____

**# 8 WIT. FEES** — $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the witness/recipient.

**# 9 MILITARY SERVICE** — Deponent asked person spoken to whether the defendant/respondent was in the military service of the United States Government or on active duty in the military service in the State of _____ and was informed the defendant/respondent was not.

LEIGH R. CROSBY
Notary Public, State of Ohio
My Commission Expires 12-22-07

Sworn to before me on this _1st_ day of _June 2007_        Server signature: _Bob Bateman_

Notary Public _Leigh R Crosby_                              Docket #: 480723      6-1-07