```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FYC APPAREL GROUP, LLC,

          Plaintiff,

    v.

VICTORIA'S SECRET DIRECT and
LP APPAREL, INC.,

          Defendants.
------------------------------------------------------------x

Civil Action No. 07 CV 3876 (WAP)

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff and defendant, VICTORIA'S SECRET DIRECT ("Victoria's Secret"), that Victoria's Secret's time to answer, move or otherwise plead with respect to the complaint in this civil action is extended thirty (30) days to and including August 19, 2007.

Dated: July ___, 2007
New York, New York

**SILVERBERG STONEHILL**
**GOLDSMITH & HABER, P.C.**

By: _____
Kenneth R. Schachter (KRS-8833)
111 West 40th Street
New York, NY 10018
Telephone: (212) 730-1900 x227
Facsimile: (212) 391-4556
Email: krschachter@ssghlaw.com

Attorneys for Plaintiff

Dated: July 20, 2007
New York, New York

**COLUCCI & UMANS**

By: _____
Frank J. Colucci (FC-8441)
218 East 50th Street
New York, New York 10022
Telephone: (212) 935-5700
Facsimile: (212) 935-5728
Email: email@colucci-umans.com

Attorneys for Defendant,
Victoria's Secret Direct

SO ORDERED this 3rd day of August 2007

_____
U.S.D.J.
William H. Pauley III