# COLUCCI & UMANS

218 EAST 50TH STREET
NEW YORK, NEW YORK 10022-7681

FRANK J. COLUCCI, P.C.
COURTNEY WILSON MONAHAN, P.C.
W. BRANT MOSSOP, P.C.
GREGORY J. COLUCCI, P.C.
RICHARD P. JACOBSON, P.C.
DAVID M. DAHAN, P.C.
SUSAN B. JACOBSON
KATHLEEN M. McGANN
GEORGANN M. CALLAGHAN
MICHAEL J. PAMPALONE, III
MARY G. FONTENOT

OF COUNSEL
NOTARO & MICHALOS P.C.

TELEPHONE (212) 935-5700
FACSIMILE (212) 935-5728
email@colucci-umans.com
www.colucci-umans.com



KENNETH R. UMANS
(1944-1998)

WESTCHESTER OFFICE

670 WHITE PLAINS ROAD
SCARSDALE, NEW YORK 10583-5025
TELEPHONE (914) 472-1800
FACSIMILE (914) 472-1551
scarsdale@colucci-umans.com

[Stamp: AUG 15 2007 CHAMBERS OF WILLIAM H. PAULEY]

August 10, 2007

BY HAND

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 8/17/07]

The Honorable William H. Pauley III
United States District Judge
United States District Court
Daniel Patrick Moynihan United States Courthouse
Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007

Re: FYC Apparel Group, LLC v.
Victoria's Secret Direct et al.
07 CV 3876 (WHP) (S.D.N.Y.)
Our File D360-114

Dear Judge Pauley:

We represent defendant, Victoria's Secret Direct ("Victoria's Secret"), in the above-captioned civil action, and write on behalf of Victoria's Secret, plaintiff, FYC Apparel Group, LLC and defendant, LP Apparel, Inc., who join in the request made herein.

The parties respectfully request a two-week adjournment of the initial pretrial conference that is currently scheduled for Friday August 17 at 9:45 a.m. The basis for this request is that the parties are actively discussing settlement of this matter and are optimistic that a settlement is imminent. The adjournment would enable the parties to hopefully resolve the outstanding issues in this case and obviate the need for any further intervention by the Court.

Respectfully submitted,

Frank J. Colucci

FJC\DMD:mt

*Application granted. The initial pre-trial conference will be held on August 31, 2007 at 10:30 a.m.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
8/16/07

COLUCCI & UMANS

The Honorable William H. Pauley III     -2-                                August 10, 2007

cc:   Kenneth R. Schachter, Esq. (via facsimile)
      *Attorneys for Plaintiff*

      Mark Brutzkus, Esq. (via facsimile)
      *Attorneys for Defendant, LP Apparel, Inc.*