USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FYC APPAREL GROUP, LLC,

           Plaintiff,

           v.

VICTORIA'S SECRET DIRECT and
LP APPAREL, INC.,

           Defendants.
-----------------------------------------------------------x

Civil Action No. 07 CV 3876 (WAP)

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff and defendant, VICTORIA'S SECRET DIRECT ("Victoria's Secret"), that Victoria's Secret's time to answer, move or otherwise plead with respect to the complaint in this civil action is extended ten (10) days to and including August 30, 2007.

Dated: August 21, 2007
       New York, New York

**SILVERBERG STONEHILL
GOLDSMITH & HABER, P.C.**

By: _____
    Kenneth R. Schachter (KRS-8833)
    111 West 40th Street
    New York, NY 10018
    Telephone: (212) 730-1900 x227
    Facsimile: (212) 391-4556
    Email: krschachter@ssghlaw.com

Attorneys for Plaintiff

Dated: August 21, 2007
       New York, New York

**COLUCCI & UMANS**

By: _____
    Frank J. Colucci (FC-8441)
    218 East 50th Street
    New York, New York 10022
    Telephone: (212) 935-5700
    Facsimile: (212) 935-5728
    Email: email@colucci-umans.com

Attorneys for Defendant,
Victoria's Secret Direct

SO ORDERED this 23rd day of August 2007

_____
U.S.D.J.