UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FYC APPAREL GROUP, LLC,                    Civil Action No. 07 CV 3876 (WAP)

           Plaintiff,

    v.

VICTORIA'S SECRET DIRECT and
LP APPAREL, INC.,

           Defendants.
------------------------------------------------------------x

### DEFENDANT'S DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant certifies that defendant, VICTORIA'S SECRET DIRECT, is a wholly-owned subsidiary of Limited Brands, Inc., a publicly traded company and that defendant has no other corporate parents, affiliates, and/or subsidiaries which are publicly held.

Dated:    New York, New York
             August 30, 2007

                                            **COLUCCI & UMANS**
                                            By: *Frank J. Colucci* (signature)
                                            Frank J. Colucci (FC-8441)
                                            David M. Dahan (DD-5864)
                                            218 East 50th Street
                                            New York, New York 10022
                                            Telephone: (212) 935-5700
                                            Facsimile: (212) 935-5728
                                            Email: email@colucci-umans.com
                                            Attorneys for Defendant