# SILVERBERG STONEHILL GOLDSMITH & HABER, P.C.

### Attorneys at law
### 111 West 40th Street
### New York, New York 10018

**Kenneth R. Schachter**
Member Of The Firm
krschachter@ssghlaw.com

(212) 730-1900

**Facsimile**
(212) 391-4556

AUG 2 8 2007
CHAMBERS OF
WILLIAM H. PAULEY

August 27, 2007

```
┌──────────────────────────────────────┐
│  USDC SDNY                           │
│  DOCUMENT                            │
│  ELECTRONICALLY FILED                │
│  DOC #: _____              │
│  DATE FILED:    8/31/07              │
└──────────────────────────────────────┘
```

**By Hand**

Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    ***FYC Apparel Group, LLC  v. Victoria's Secret Direct, et al.***
          ***07 CV 3876 (WHP)***

Honorable Sir:

I am the attorney for plaintiff and am writing on behalf of all parties to request a two week adjournment of the August 31, 2007 Initial Pretrial Conference. The parties have been conducting voluntary discovery in connection with settlement discussions. The parties request an additional two weeks to continue these discussions.

There has been one prior request which adjourned the conference from August 17, 2007.

Respectfully yours,

Kenneth R. Schachter

KRS:far

cc: Frank Colucci (via email)
    Mark Brutzkus (via email)

*Application granted. The conference is adjourned until September 12, 2007 at 12:15 p.m.*

**SO ORDERED:**

WILLIAM H. PAULEY III U.S.D.J.
8/30/07