UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
          :
FYC APPAREL GROUP, LLC,          :     07 Civ. 3876 (WHP)
          :
      Plaintiff,          :     SCHEDULING ORDER No. 1
          :
-against-          :
          :
VICTORIA'S SECRET DIRECT et al.,          :
          :
      Defendants.          :
          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

      Counsel for the parties having appeared on September 12, 2007 for an initial pre-trial conference, the following schedule is established on their consent:

1. Discovery shall be completed by January 31, 2008;

2. The parties shall submit a joint pre-trial order in accord with this Court's individual practices by February 29, 2008; and

3. This Court will hold a final pre-trial conference on March 14, 2008 at 10:15 a.m.

Dated: September 12, 2007
      New York, New York

                    SO ORDERED:

                    WILLIAM H. PAULEY III
                    U.S.D.J.

*Counsel of record:*

Kenneth Roy Schachter, Esq.
Silverberg Stonehill Goldsmith & Haber, P.C.
111 West 40th Street
New York, NY 10018
*Counsel for Plaintiff*

Frank J. Colucci, Esq.
Colucci & Umans
218 East 50th Street
New York, NY 10022
*Counsel for Defendant Victoria's Secret Direct*