## SILVERBERG STONEHILL GOLDSMITH & HABER, P.C.
### Attorneys at law
### 111 West 40th Street
### New York, New York 10018

**Kenneth R. Schachter**
Member Of The Firm
krschachter@ssghlaw.com

(212) 730-1900

Facsimile
(212) 391-4556

JAN 3 0 08

January 30, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/6/08

**By Hand**

Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *FYC Apparel Group, LLC v. Victoria's Secret Direct, et al.*
       07 CV 3876 (WHP)

Honorable Sir:

I am the attorney for the plaintiff and am writing on behalf of all parties to request a 60 day extension of the January 31, 2008 discovery completion date set in the court's Scheduling Order No. 1. The parties have been pursuing both informal and formal discovery and actively discussing settlement. Plaintiff has served its initial discovery but has not as yet received defendants' responses. In addition both sides still need to conduct depositions. Because both sides believe the parties are close to achieving a settlement depositions have not as yet been conducted. The parties request that the dates be extended as follows: discovery completion – March 31, 2008; pre-trial order submission – April 30, 2008; and a new final pre-trial conference date be set.

Their have been no prior requests for an extension of the Scheduling Order.

Respectfully yours,

Kenneth R. Schachter

KRS:far

cc: Frank Colucci (via email)
    Mark Brutzkus (via email)

*Application granted. This Court will hold a final pre-trial conference on May 16, 2008 at 10:45 a.m. No further requests for adjournments will be granted.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
2/4/2008