USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                            :
FYC APPAREL GROUP, LLC,                     :    07 Civ. 3876 (WHP)
                                            :
                Plaintiff,                  :    ORDER
                                            :
        -against-                           :
                                            :
VICTORIA'S SECRET DIRECT et al.,            :
                                            :
                Defendants.                 :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

   It having been reported to this Court that this action has been or will be settled, it is ordered that this action is discontinued without costs to any party, and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days of the date of this Order. The Clerk of Court is directed to terminate all motions pending as of May 15, 2008 and mark this case closed.

Dated: May 15, 2008
   New York, New York

               SO ORDERED:

               _____
                 WILLIAM H. PAULEY III
                   U.S.D.J.

*Counsel of record:*

Kenneth Roy Schachter, Esq.
Silverberg Stonehill Goldsmith & Haber, P.C.
111 West 40th Street
New York, NY 10018
*Counsel for Plaintiff*

Frank J. Colucci, Esq.
Colucci & Umans
218 East 50th Street
New York, NY 10022
*Counsel for Defendant Victoria's Secret Direct*