UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

FYC APPAREL GROUP, LLC,                                    Civil Action No.  07 CV 3876 (WAP)

          Plaintiff,

    -against-                                              **ORDER OF VOLUNTARY DISMISSAL
                                                          ON CONSENT**

VICTORIA'S SECRET DIRECT and
LP APPAREL, INC.,

          Defendants.

-------------------------------------------------------x

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6/20/2008

      IT IS HEREBY ORDERED, upon consent of counsel for plaintiff and defendants that  in

accordance with the provisions of Rule 41 of the Federal Rules of Civil Procedure, the above

captioned action is hereby dismissed, with prejudice and without an award of costs.


                            _____
                            U.S.D.J.
                            William H. Pauley III

Entered:      New York, New York
            June 17, 2008
            at:

The undersigned consent to the issuance of the foregoing Order of Dismissal.

Silverberg Stonehill Goldsmith & Haber, P.C.
Attorneys for Plaintiff

By: _____
       Kenneth R. Schachter (KRS/8833)

Colucci & Umans
Attorneys for defendant Victoria's Secret Direct

By: _____
       Frank Colucci(FC/        )

Hara Brutakus Gubner, LLP

By: _____
Attorneys for Defendant LP Apparel, Inc.

2